IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-048T |
| | ) | |
| ANTOINETTE DELUCA | ) | |

**MOTION TO CONTINUE TRIAL DATE**

Comes now the Defendant, Antoinette DeLuca, by and through her attorney, Francis J. Flanagan, and moves that this Court to Continued the Trial Date currently scheduled for Tuesday, June 7, 2005 to the next available empanelment date for reasons stated in the accompanying Memorandum.

Respectfully submitted,
Antoinette DeLuca,

Francis J. Flanagan, Esq. (#4858)
SAYER REGAN THAYER & FLANAGAN
130 Bellevue Avenue, Unit 2
Newport, RI 02840
(401) 849-3040

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2005, I served by fax and by first class mail, postage prepaid, a copy of the within Motion to Continue Trial Date, along with its accompanying Memorandum, to the following:

FAX (401) 709-5001
James H. Leavey, Esq.
United States Attorney's Office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-048T |
| | ) | |
| ANTOINETTE DELUCA | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE THE TRIAL DATE**

Now comes the Defendant, Antoinette DeLuca, by and through her Attorney, Francis J. Flanagan, and hereby states that she is currently enrolled in a Court Ordered drug rehabilitation program at Emerson House, which is located at 200 Ter Heun Drive, Falmouth, Massachusetts. Defendant is expected to complete this program before July. Therefore, Defendant respectfully requests that the Court continue the Trial date to the next available empanelment date. Defendant understands that the time from the date of this Order to the next empanelment date would be excludable.

Respectfully submitted,
Antoinette DeLuca,

Francis J. Flanagan, Esq. (#4858)
SAYER REGAN THAYER & FLANAGAN
130 Bellevue Avenue, Unit 2
Newport, RI 02840
(401) 849-3040

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2005, I served by fax and by first class mail, postage prepaid, a copy of the within Motion to Continue Trial Date, along with its accompanying Memorandum, to the following:

FAX (401) 709-5001
James H. Leavey, Esq.
United States Attorney's Office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

______________________________