IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-048T |
| | ) | |
| ANTOINETTE DELUCA | ) | |

**GOVERNMENT'S AGREEMENT TO**
**DEFENDANT'S MOTION TO CONTINUE TRIAL DATE**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and agrees with defense counsel that the trial date for the above-listed matter should be continued until the next empanelment date for reasons stated in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

I hereby certify that on this 3RD day of June, 2005, I served by fax and by first class mail, postage prepaid, a copy of the within Government's Agreement to Defendant's Motion to Continue Trial Date, along with its accompanying Memorandum, to the following:

FAX (401) 849-4330
Francis Flanagan, Esquire
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, RI 02840

[signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-048T |
| | ) | |
| ANTOINETTE DELUCA | ) | |

**MEMORANDUM IN SUPPORT OF**
**GOVERNMENT'S AGREEMENT TO**
**DEFENDANT'S MOTION TO CONTINUE TRIAL DATE**

Jury selection in the above-listed matter is scheduled for June 7, 2005. The government has received a facsimile of a plea agreement with the signatures of both the defendant and her counsel. The original is being sent to the United States Attorney's Office via federal express and is expected to arrive on June 7, 2005, at which time it will be signed by government attorneys and filed with this Court.

Thus, it would seem to be a waste of this Court's valuable time to empanel a jury in this matter.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

I hereby certify that on this 3rd day of June, 2005, I served by fax and by first class mail, postage prepaid, a copy of the within Government's Agreement to Defendant's Motion to Continue Trial Date, along with its accompanying Memorandum, to the following:

FAX (401) 849-4330
Francis Flanagan, Esquire
Sayer Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, RI 02840

# Sayer Regan Thayer & Flanagan

ATTORNEYS AND COUNSELLORS AT LAW

June 3, 2005

*VIA FACSIMILE &*
*REGULAR MAIL*
*(401) 709-5001*

James H. Leavey, Esq.
United States Attorney's Office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Re: United States of America v. Antoinette DeLuca
Cr. No.: CR 05-48T

Dear Jim:

Attached hereto, please find a copy of the Plea Agreement which was faxed to me by my client earlier today. I expect to receive the original signed Plea Agreement via Federal Express on Monday, June 6, 2005. I will then send the original Plea Agreement to you via Federal Express which you should receive by June 7, 2005.

In the meantime, I have filed a Motion to Continue the Trial Date to the next available empanelment date, of copy of which is attached hereto for your review.

Please do not hesitate to contact me if you should have any questions.

Sincerely,

Francis J Flanagan (SAJ)

Francis J. Flanagan
dictated but not read

FJF:saj
Enclosures

130 BELLEVUE AVENUE, UNIT 2, NEWPORT, RI 02840-7424, TEL: (401) 849-3040, FAX: (401) 849-4330, WEB: www.srt-law.com