**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-48-02T **DATE**: July 14, 2005
**TITLE OF CASE:** USA v. Antoinette DeLuca

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **n/a**

---

**COUNSEL PRESENT**

Government: James H. Leavey, AUSA

Defendant: Francis Flanagan, Esq.

Probation: Dennis Jenkins

---

**PROCEEDINGS:** **Change of Plea**

July 14, 2005: All counsel of record present. Defendant is present. Probation is present. Court Addresses. Government summarizes charges, potential penalties, terms of plea agreement and elements of proof. Defendant sworn. Court questions defendant. Government summarizes facts of the charge. Court finds Defendant competent and able to enter an informed plea. Court finds plea voluntary and made of Defendant’s own free will. Court accepts Defendant’s plea of guilty. Sentencing scheduled for Friday, October 28, 2005 at 10:15 a.m.

Recess