IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR-05-048T
:
ANTOINETTE DELUCA :

**GOVERNMENT'S MOTION TO GRANT DEFENDANT A THREE LEVEL DECREASE IN OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, hereby moves this Honorable Court pursuant to USSG §3E1.1 for a three level decrease in the defendant's offense level based upon his acceptance of responsibility, provided the Court determines the defendant's offense level to be 16 or greater. In support of its request, the government avers that the defendant's timely notification of his intention to enter a plea of guilty permitted the government to avoid preparing for trial and to allocate its resources more efficiently.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney

FILED

CERTIFICATION OF SERVICE

I hereby certify that on this 15th day of July, 2005, I served by first class mail, postage prepaid, a copy of the within Government's Motion to Grant Defendant a Three Level Decrease in Offense Level for Acceptance of Responsibility to the following:

Francis Flanagan, Esquire
Sayer, Regan & Thayer
130 Bellevue Avenue
Newport, RI 02840

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903