UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR05-48-02T** **DATE: September 16, 2005**

**TITLE: USA v. ANTOINETTE DELUCA**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Jim Leavey, AUSA
Frank Flanagan, Esq.
Maureen Bradley, Pretrial Services

**PROCEEDINGS:**

Pretrial Services Violation Hearing:

Court reviews violation.
Court questions Deft.
Deft understands violation.
Deft admits violation.
Govt reviews violation and requests detention.
No argument
Deft apologizes to Court.
Deft remanded to custody.