1015983

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
SEP 14 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

Antoinette DeLuca

WARRANT FOR ARREST

CASE NUMBER: CR05-48-02T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Antoinette DeLuca
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Conditions of Pretrial Services Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Ryan H. Jackson
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

September 14, 2005
Date and Location

SCANNED

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Everett, MA by U.S. Marshals D/RI | | |
| DATE RECEIVED 09/14/2005<br>DATE OF ARREST 09/15/2005 | NAME AND TITLE OF ARRESTING OFFICER Robert Charette Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

50