L

Tue May 3 10:56:05 2005

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 60139
Cashier fmccabe

Tender Type CHECK

Check Number:

Transaction Type C

Case No./Def No. 1:05-CR-048-02/ 2

| DO Code | Div No | Acct |
|---|---|---|
| 4670 | 1 | 604700 |

Amount $ 10000.00

ANTOINETTE DELUCA BY MARIA DELUCA, 61 BROADREACH ST., WEYMOUTH, MA.

02191 BAIL (F. FLANAGAN)

cn

EXHIBIT A