IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) CR No. 05-048T
)
ANTOINETTE DELUCA )

FILED
DEC 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION TO RELEASE FUNDS**

Comes now the Defendant, Antoinette DeLuca, by and through her attorney, Francis J. Flanagan, and moves that this court release Bail money which was paid by the Defendant's mother, Maria DeLuca, for the purposes of Bond.

In support of this Motion, Defendant states that her case was disposed on October 28, 2005. A bond in the amount of $10,000.00 is being held by the United States District Court (a copy of the receipt is attached hereto as Exhibit A). Defendant respectfully requests that said bond be returned to her mother.

**ENTER:**
Ernest C Torres
**Ernest C. Torres, US Chief Judge**
**Date:** 12/20/05

**Mail Check to:**
**Maria DeLuca,**
**61 Broadreach Street**
**Weymouth, MA**

Respectfully submitted,
Antoinette DeLuca,

Francis J. Flanagan, Esq. (#4858)
SAYER REGAN THAYER & FLANAGAN
130 Bellevue Avenue, Unit 2
Newport, RI 02840
(401) 849-3040

CERTIFICATE OF SERVICE

I hereby certify that on this 13 day of December, 2005, I served by first class mail, postage prepaid, a copy of the within Motion to Continue Trial Date, to the following:

James H. Leavey, Esq.
United States Attorney's Office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Heather McLoughlin
Probation Office
United States District Court
Two Exchange Terrace, 3rd Floor
Providence, RI 02903

L

Tue May 3 10:56:05 2005

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 60139
Cashier fmccabe

Tender Type CHECK

Check Number:

Transaction Type C

Case No./Def No. 1:05-CR-048-02/ 2

| DO Code | Div No | Acct |
|---|---|---|
| 4670 | 1 | 604700 |

Amount $ 10000.00

ANTOINETTE DELUCA BY MARIA DELUCA, 61 BROADREACH ST., WEYMOUTH, MA.

02191 BAIL (F. FLANAGAN)

cn

EXHIBIT A